UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

LAMINK MARTIN,

                Petitioner,        09 Civ. 7234 (JGK)

    - against -               ORDER

ROBERT ERCOLE,

                Respondent.
---

JOHN G. KOELTL, District Judge:

    The Court has received the petitioner's motion for a stay of his habeas petition, which it now forwards to the parties.

    The respondent's opposition is due **November 13, 2009**. The petitioner's reply is due **December 4, 2009**.

SO ORDERED.

Dated:    New York, New York
            October 22, 2009

                                            John G. Koeltl
                                     United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/09